THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA M. KING,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; SELECT PORTFOLIO SERVICING, INC.; DEUTSCHE BANK, NTC, AS TRUSTEE, AND DOES 1 TO 100, INCLUSIVE,<br><br>    Defendants. | No. 17-cv-01448-JLR<br><br>~~(PROPOSED)~~ ORDER GRANTING DEFENDANTS SELECT PORTFOLIO SERVICING, INC., AND DEUTSCHE BANK, NATIONAL TRUST COMPANY, AS TRUSTEE'S MOTION FOR SUMMARY JUDGMENT |

This matter came before the Court on Defendants Select Portfolio Servicing, Inc. ("SPS"), and Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1 (the "Trust")(collectively "Defendants")[1] Motion for Summary Judgment.

The Court has considered the pleadings and records on file, including the motion for summary judgment and any filings in opposition or reply. *The motion is unopposed and, after review, the court finds the motion meritorious.*

Being fully advised, IT IS ORDERED that Defendants SPS and the Trust's Motion for Summary Judgment is GRANTED. Plaintiff's claims against Defendants SPS and the Trust are dismissed with prejudice.

---

[1] There is a discrepancy between the named Defendant (Deutsche Bank National Trust Company) and the actual name of the Trust, as set forth here.

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1
(USDC WD WA Case No. 17-cv-01448-JLR)

94855322.1 0052161-05258

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900

1    SO ORDERED this 4th day of January 2018. JLR

2

3

4    _____
     Honorable James L. Robart
5    UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2
(USDC WD WA Case No. 17-cv-01448-JLR)

94855322.1 0052161-05258

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017 I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participants:

- **Heather S. Moore Paradis**
  heather.mooreparadis@stoel.com,nancy.masterson@stoel.com,cindy.castro@stoel.com
- **Vanessa Soriano Power**
  vanessa.power@stoel.com,lisa.falcon@stoel.com,sea_ps@stoel.com,leslie.lomax@stoel.com,docketclerk@stoel.com

I further certify that I caused for foregoing document to be mailed via U.S. Mail to the following non-CM/ECF participants as follows:

**Barbara M. King**
31759 - 8TH AVE S
FEDERAL WAY, WA 98003

DATED: November 22, 2017.

STOEL RIVES LLP

*s/Vanessa S. Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Heather Moore Paradis, WSBA No. 27711
heather.mooreparadis@stoel.com
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Defendants Select Portfolio Servicing, Inc. and Deutsche Bank National Trust Company, As Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1*

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 3
(USDC WD WA Case No. 17-cv-01448-JLR)

94855322.1 0052161-05258

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900