UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA M. KING,<br><br>              Plaintiff,<br>v.<br><br>NORTHWEST TRUSTEE<br>SERVICES INC., et al.,<br><br>              Defendants. | CASE NO. C17-1448JLR<br><br>ORDER DISMISSING CASE |

This matter comes before the court *sua sponte*. Most of the defendants in this case have been dismissed pursuant to the court's order granting Defendants Select Portfolio Servicing, Inc. and Deutsch Bank National Trust Company's unopposed motion for summary judgment. (Dismissal Order (Dkt. # 20).) The court has already determined that the only remaining defendant, Northwest Trustee Services Inc. ("NWTS"), is a nominal defendant. (*See* SMJ Order (Dkt. # 16) at 3.) Plaintiff Barbara King makes no substantive or specific allegations against NWTS. (*Id.*) Ms. King, therefore, has no

ORDER - 1

possibility of recovering against the sole remaining defendant. Accordingly, the court DISMISSES this matter with prejudice. *See Carriere v. Sears, Roebuck & Co.*, 893 F.2d 98, 103 (5th Cir. 1990) (A "judgment will always be appropriate in favor of a defendant against whom there is no possibility of recovery.").

Dated this 5th day of January, 2018.

JAMES L. ROBART
United States District Judge